ORIGINAL

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

NOV 18 2004

LAWRENCE K. BAERMAN, CLERK
ALBANY

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**UNITED STATES OF AMERICA,**

    **v.**

**KUN FUK CHENG, ET AL.,**
       **Defendant.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Index No.**
**Criminal No.  04-CR- 544 TJM**

## NOTICE OF LIS PENDENS

**NOTICE IS HEREBY GIVEN** that commencement and pendency of the above-captioned criminal action, brought by the United States by its attorney, Glenn T. Suddaby, United States Attorney, for the Northern District of New York (Sara Lord, Elizabeth Coombe and Thomas A. Capezza, Assistant U.S. Attorneys appearing) against the above named defendants by an Indictment seeking the forfeiture to the United States of real property listed herein pursuant to 18 U.S.C. § 982.

The current record title holder for the real property is:

Kun Fuk Cheng.

The land and premises to be affected by this suit is commonly known as *1881 Central Avenue, Albany, New York*, and is more fully set forth in Exhibit A, attached hereto and made a part hereof.

For further information concerning this action, reference may be made to the records of

the Clerk of the Court for the United States District Court for the Northern District of New York.


Dated: *November 18, 2004*

GLENN T. SUDDABY
United States Attorney
Northern District of New York
218 James T. Foley Courthouse
445 Broadway
Albany, New York
Tele. (518) 431-0247

By: _____

Thomas A. Capezza
Assistant U.S. Attorney
Bar Roll No. 503159

**TO THE ALBANY COUNTY CLERK:**

You are hereby directed to index the attached Notice of Pendency against:

**KUN FUK CHENG**

GLENN T. SUDDABY
United States Attorney
Northern District of New York

By: _____

Thomas A. Capezza
Assistant U.S. Attorney
Bar Roll No. 503159

## EXHIBIT A

**ALL** that certain tract, piece or parcel of land, situate, lying and being in the Town of Colonie, County of Albany and State of New York, located on the northeasterly side of Central Avenue, and more particularly bounded and described as follows:

**BEGINNING** at a point on the northeasterly line of Central Avenue, said point being the division line between lands owned by Ying Y. Lai on the northwest and lands now or formerly of R.E. Ogren, et al.:

**RUNNING THENCE** along the land of Ogres et al. North 64 degrees 38 minutes East 331.35 feet to land now or formerly of Hussey;

**THENCE** North 22 feet 39 minutes 31 seconds West 200.41 feet to the other lands of Lai;

**THENCE** along land of Lai South 64 degrees 36 minutes 07 seconds West 340.93 feet to the northerly side of Central Avenue;

**THENCE** along the northeasterly side of Central Avenue South 25 degrees 23 minutes 53 seconds East 200 feet to the point or place of **BEGINNING.**