# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
ALBANY, NEW YORK
HON. RANDOLPH F. TREECE, presiding
UNITED STATES MAGISTRATE JUDGE

DATE: **Nov. 18, 2004**
TIME: **4:23pm - 4:53pm**
TAPE/CD: _____

COURTROOM DEPUTY: ROBIN HINMAN

INTERPRETER: **Ming Hall and Ying Burkitt**
(Certified / Non-certified)

LANGUAGE: **Mandarin**

UNITED STATES OF AMERICA
vs.
**Kun Fuk Cheng a/k/a Steven Cheng;
Jin Rong Cheng a/k/a Joyce Cheng;
and Hui Guo**, by **Brian Devane - for Kun Fuk Cheng** Esq.
**Not other counsel present**

DOCKET NUMBER: **04-CR-544 TJM**

___ Pub. Defender  **X** Retained  ___ CJA Assigned  ___ Waived

AUSA, **Sara Lord and Elizabeth Coombe**, for Government

PRETRIAL OFFICER(s): **Kelly**

**X** DATE OF ARREST **11/18/04**

**X** INITIAL APPEARANCE          ___ REMOVAL HEARING          ___ RULE 40 DOCS RECEIVED

___ ARRAIGNMENT          ___ ARRAIGNMENT ON SUPERSEDING INDICTMENT

___ DETENTION HEARING          ___ PROBATION/SUPERVISED RELEASE VIOLATION HEARING

___ BOND HEARING          ___ PRELIMINARY HEARING          ___ NEBBIA HEARING

___ PLACEMENT HEARING          ___ HIIP COMPLETION HEARING          ___ I.A. on VIOLATION HEARING

**X** NEXT APPEARANCE: **Nov. 19th @ 1:30pm** for: _____

  **X** Arraignment **Jin Cheng + Hui Guo**   ___ Preliminary Hearing   **X** Detention Hearing

  ___ Bond Hearing   ___ Removal / Identity Hearing   ___ Other: _____

**X** DEFT. APPEARS 1st time with COUNSEL **Kun Fuk Cheng**     **X** DEFT. APPEARS WITHOUT COUNSEL **(s) Jin Rong Cheng and Hui Guo**

___ FINANCIAL AFFIDAVIT submitted          **X** COUNSEL to be APPOINTED BY COURT **for Jin Rong Cheng and Hui Guo**

___ GOVT. MOVES to UNSEAL:   ___ COMPLAINT   ___ INDICTMENT   ___ INFORMATION

___ COURT:   ___ GRANTS MOTION to UNSEAL   ___ DENIES MOTION to UNSEAL

**X** DEFT. Advised of rights, maximum penalty stated and given a copy of:

  ___ Complaint   ___ Information   **X** Indictment   ___ Superseding Indictment   ___ Petition/Warrant

**X** GOVT. MOVES for DETENTION:   **X** Right to Continuance   ___ Risk of Flight   ___ Danger to Community

___ GOVT. RECOMMENDS BAIL AT: $ _____   PRB ___   ROR ___

**X** ATTY. **Devane for Kun Fuk Cheng** Waives the formal reading; and enters a PLEA of NOT GUILTY **as to Kun Fuk Cheng.**

__X__ CASE assigned to JUDGE: __McAvoy__.

    __X__ Criminal PRETRIAL ORDER issued in court.     ____ Criminal PRETRIAL ORDER to be mailed to counsel.
    to B. Devane (Only)

____ BOND set at: $_____     ____ PRB     ____ ROR     ____ Secured by property
    Secured by: $_____     ____ Unsecured     ____ and/or Cash

____ ORDER setting CONDITIONS OF RELEASE

____ APPEARANCE BOND signed by Deft.     ____ AGREEMENT to FORFEIT PROPERTY signed by Deft.

____ DEFT. Admits he/she is the person wanted in _____.

____ DEFT. Signs WAIVER of RULE 5 and 5.1 HEARING

____ DEFT. ORDERED REMOVED to originating district

____ DEFT. Failed to appear

____ Oral ORDER for issuance of BENCH WARRANT     ____ Bond FORFEITED

____ DEFT ORDERED detained pending trial; Order to be issued.

____ DEFENSE ATTORNEY:

    ____ Waives Detention Hearing, reserves rights to reapply

    ____ Requests adjournment of Detention Hearing

    ____ Waives Preliminary Hearing

    ____ Requests adjournment of Preliminary Hearing

____ DEFT. RELEASED     ____ DEFT. RELEASED ON CONDITIONS PREVIOUSLY SET

__X__ DEFT. REMANDED to custody of the U.S. MARSHAL. Select one of the following ONLY after Defendants 1st appearance:

    __X__ LC     ____ LO (State, Local, Immigration/Naturalization Service or other Federal Authorities)

    ____ Until bail is posted     ____ I.N.S. Detainer pending

__X__ OTHER: Jin Rong Cheng did not complete a financial affidavit
Court will assign counsel to Jin Rong Cheng — advises her of purgury clause if information given is untrue. If court is informed of new information, the assignment may be revisited.
Hui Guo requests a court appointed attorney
Court may require Hui Guo to contribute to cost of appointed counsel

(Rev/rzh 09/04)