No.- **0633**

# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA )
vs. )
Kun Fuk Cheng )
_____ )

at Albany, NY

Case No. 04-CR-544

Received on behalf of the United States from, Brian Devane, Esq., 75 Columbia St. Albany, NY 12210 (Dreyer Boyajian Law Firm)

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
JUL 14 2005
LAWRENCE K. BAERMAN, CLERK
ALBANY

☒ Collateral

☐ Passport No. _____

_____ (Name)
_____ (Address) _____ (City, State and Zip Code)

☒ Deed for property located at 1471 ROUTE 9 AND 15, PLANCK RD., HALFMOON, NY 12065 owned by KUN FUK CHENG

☐ Other _____

Receipt is hereby acknowledged.

7/14/05

Clerk, U.S. District Court
By: Wendy Lindehoog

Location: ALBANY, NY

Disposition: _____
(KUN FU CHENG)

Received the above item as described,

_____ (Signature) _____ (Print Name) _____ (Date)

**FILE AND DOCKET COPY**