UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                -against-

KUN FUK CHENG,

                            Debtor.
_____

Criminal Action No. 04-CR-544
(Hon. Thomas J. McAvoy)

## CERTIFICATE OF SERVICE

      I hereby certify that on March 23, 2006, I electronically filed a **Petition of Third Party Ying Y. Lai's Interests in Forefeited Property Pursuant to 11 U.S.C. § 853(n)** with the Clerk of the U.S. District Court of Northern District of New York using the CM/ECF system which sent notification of such filing to the following:  Jonathan M. Bernstein, Esq., Thomas A. Capezza, Esq., Stephen R. Coffey, Esq., Brian W. Devane, Esq., E. Stewart Jones, Jr., Esq., William J. Keniry, Esq., Sara M. Lord, Esq., Benjamin F. Neidl, Esq. and Mark E. Spund, Esq.

                                                              Lucy Aguilar

40855-1