# DEPARTMENT OF HOMELAND SECURITY
## UNITED STATES CUSTOMS AND BORDER PROTECTION
## PROCESS RECEIPT AND RETURN

| Plaintiff: UNITED STATES OF AMERICA | Court Case Number: 04-CR-544 |
|---|---|
| Defendant: KUN FUK CHENG | Type of Process: Forfeiture - Service |

SERVE AT: (Name of Individual, Company, Corporation, etc. to be served or Description of property to Seize: (Address: street or RFD, Apt. No., City, State and Zip Code):

Qiong Huang, 1881 Central Avenue, Albany, New York 12205

Send notice or service copy to requester at Name and Address below:
GLENN T. SUDDABY, United States Attorney, NDNY
218 James T. Foley Courthouse
445 Broadway
Albany, New York 12207

| Number of Processes to be Served | |
|---|---|
| Number of Parties to Served | |
| Check box if service is on USA | |

Special Instructions or Other Information that will assist in expediting service (includes business and alternate addresses, telephone numbers and estimated times available for Service:

Please serve the following: A certified copy of the Preliminary Order of Forfeiture and the Notice of Publication and Forfeiture

Signature of Attorney or other Originator requesting service on behalf of: (X) Plaintiff ( ) Defendant
Thomas A. Capezza, AUSA
Telephone No. 518-431-0247
Date 2/14/06

Signature and Date of Person accepting Process:

## SPACE BELOW FOR USE OF DEPARTMENT OF HOMELAND SECURITY AGENCY

| I acknowledge receipt for the total number of process indicated. | District of Origin No. | District to Serve No. | Signature of Authorized Dept. of Homeland Security Agency Officer | Date 2.16.2006 |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT I ( ) PERSONALLY SERVED. ( ) HAVE LEGAL EVIDENCE OF SERVICE. ( ) HAVE EXECUTED AS SHOWN IN 'REMARKS', THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW

(X) I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

Name and Title of individual served if not shown above.  ( ) A person of suitable age and discretion then residing in the defendant's usual place of abode.

| Address: (complete only if different than shown above) | Date of Service | Time of Service ( ) a.m. ( ) p.m. |
|---|---|---|
| | Signature, Title and Dept. of Homeland Security Agency | FP&FO, CBP |

REMARKS:

Service was not completed. Service was returned by the Postal Service marked "Return to Sender, Not Deliverable as Addressed - Unable to Forward." See attached copy of the return envelope.

**U.S. Customs and Border Protection**

127 NORTH WATER STREET
OGDENSBURG, NY 13669

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

7004 2890 0002 4005 7752

Qiong Huang
1881 Central Ave.
Albany, NY 12205

NOT DELIVERABLE AS ADDRESSED — UNABLE TO FORWARD



US OFFICIAL MAIL
$300 Penalty
For Private Use

$05.360
03/02/2006
Mailed From 13669
US POSTAGE

047 J00740135

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7004 2890 0002 4005 7752

Sent To: Qiong Huang
Street, Apt. No.; or PO Box No. 1881 Central Ave.
City, State, ZIP+4 Albany, NY 12205

PS Form 3800, June 2002 — See Reverse for Instructions