# DEPARTMENT OF HOMELAND SECURITY
## UNITED STATES CUSTOMS AND BORDER PROTECTION
## PROCESS RECEIPT AND RETURN

| Plaintiff: UNITED STATES OF AMERICA | Court Case Number: 04-CR-544 |
|---|---|
| Defendant: KUN FUK CHENG | Type of Process: Forfeiture - Disposal |

SERVE AT: (Name of Individual, Company, Corporation, etc. to be served or Description of property to Seize: (Address: street or RFD, Apt. No., City, State and Zip Code):

| Send notice or service copy to requester at Name and Address below: | Number of Processes to be Served | |
| Richard S. Hartunian, United States Attorney, NDNY 218 James T. Foley Courthouse 445 Broadway Albany, New York 12207 | Number of Parties to Served | |
| | Check box if service is on USA | |

Special Instructions or Other Information that will assist in expediting service (includes business and alternate addresses, telephone numbers and estimated times available for Service:

Please dispose of CharlesSchwab account XXXX-3818 in accordance with law.

| Signature of Attorney or other Originator requesting service on behalf of: (X) Plaintiff ( ) Defendant Thomas A. Capezza, AUSA | Telephone No. 518-431-0247 | Date 1/8/10 |
|---|---|---|

Signature and Date of Person accepting Process:

## SPACE BELOW FOR USE OF DEPARTMENT OF HOMELAND SECURITY AGENCY

| I acknowledge receipt for the total number of process indicated. | District of Origin No. | District to Serve No. | Signature of Authorized Dept. of Homeland Security Agency Officer  /eri J. Johnson | Date 11 Jan 2010 |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT I ( ) PERSONALLY SERVED, ( ) HAVE LEGAL EVIDENCE OF SERVICE. ( ) HAVE EXECUTED AS SHOWN IN 'REMARKS', THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW

( ) I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

Name and Title of individual served if not shown above.     ( ) A person of suitable age and discretion then residing in the defendant's usual place of abode.

| Address: (complete only if different than shown above) | Date of Service 1/12/2010 | Time of Service ( ) a.m. ( ) p.m. |
|---|---|---|
| | Signature, Title and Dept. of Homeland Security Agency  /eri J. Johnson, Paralegal Spec, CBP, DHS | |

**REMARKS:**

The funds associated with the above-identified account were deposited to the ICE forfeiture fund effective 1/12/2010.   $336,177.62