IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**UNITED STATES OF AMERICA,**
                          **Plaintiff,**

    v.

 

**KUN FUK CHENG, ET AL.**
                          **Defendants.**

Index No. 2004-1894
(Schenectady County)

Criminal No. 04-CR-544
(U.S. District Court)
(Northern District of New York)
(Hon. Thomas J. McAvoy)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## RELEASE OF LIS PENDENS

Notice is hereby given that a certain lis pendens recorded in the Schenectady County Clerk's Office on November 18, 2004, giving notice of the pendency of a forfeiture action in the United States District Court for the Northern District of New York as above entitled under Criminal Action No. 04-CR-544, is hereby released and discharged.

The property affected by this release is described as *1309 State Street, Schenectady, New York,* and is more fully described in Exhibit A, attached hereto and fully incorporated herein by reference.

Dated this 29th day of April 2011.
Albany, New York

                                          RICHARD S. HARTUNIAN
                                          United States Attorney
                                          Northern District of New York

                    By:         */s/ Thomas A. Capezza*
                                          Thomas A. Capezza
                                          Assistant U.S. Attorney
                                          Bar Roll No. 503159

**EXHIBIT A**

THAT CERTAIN PLOT, PIECE OR PARCEL OF LAND, with the improvements thereon, situate, lying and being in the City of Schenectady, County of Schenectady and State of New York (formerly the Town of Niskayuna), in the Twelfth Ward of the City of Schenectady on the Northerly side of State Street, being a part of the premises surveyed and made out into lots for Robert Furman in October 1871, by William Henry, Surveyor, bounded and described as follows:

BEGINNING at a point in the Northerly side of State Street 58 feet Westerly from the Northeast corner of Linden Street and State Street and running thence westerly along the northerly side of State Street, 58 feet to a point; Thence Northerly among the westerly line of lands said to belong to Edward F. Garing, 150 feet to a point; thence Easterly in a line parallel with the Northerly line of State Street, 58 feet to the lands of John J. Brophy; thence Southerly in a straight line along the Westerly side of Brophy's land, 150 feet to the point or place of beginning.

Subject to all covenants, conditions, easements and restrictions of record affecting the same.

     Being the same premises conveyed to John Duboveck and Josie Duboveck from Melbourne J. Eno by deed dated October 2, 1963 and recorded in the Schenectady County Clerk's Office on December 2, 1963 in Book 843 of Deeds at Page 268. John Duboveck died a resident of Schenectady County on October 31, 2001. Jospehine L. Duboveck died a resident of Schenectady County on December 13, 2002.


TAX MAP IDENTIFICATION: Section 4959, Block 4, Lot 45

## TO THE CLERK OF THE COUNTY OF SCHENECTADY

You are hereby directed to release the Notice of Pendency against the property located at *1309 State Street, Schenectady, New York* and the following named individuals:

**Albany Realty Corp.**

Dated: *April 29, 2011*
Albany, New York

By:

Richard S. Hartunian
United States Attorney

Thomas A. Capezza
Assistant U.S. Attorney
United States Attorney's Office
Northern District of New York
218 James T. Foley Courthouse
445 Broadway
Albany, New York 12207
Phone: 518-431-0247
Fax: 518-431-0249